ACCEPTED
03-15-00068-CR
5662398
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 3:44:27 PM
JEFFREY D. KYLE
CLERK

Cause No. ___03-15-00068-CR___

IN THE THRID COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 3:44:27 PM
JEFFREY D. KYLE
Clerk
03-15-00068-CR

KARL STAHMANN
Appellant                    §
                             §
V.                           §
                             §
                             §
                             §
THE STATE OF TEXAS           §

**APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUDGES OF THE THIRD COURT OF APPEALS:

COMES NOW APPELLANT, KARL STAHMANN, by and through his undersigned counsel, and pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, requests an extension of time to file appellant's brief. In support of this motion, Appellant submits the following:

**I.**

The deadline for filing Appellant's Brief is June 12, 2015. T.R.A.P. 4.1(a).

**II.**

Appellant requests an extension of sixty (60) days in which to file his Appellant's Brief. T.R.A.P. 68.2(c).

## III.

Undersigned counsel in a jury trial in Travis County for *The State of Texas v. Audrina Torres* (C-1-CR-14-211696) and actively preparing for a jury trial for *The State of Texas v. Caleb Constancio-Toledo* (14-02573-1 and 14-02574-) and *The State of Texas v. Nakai Reece* (C-1-CR-13-206021).

## PRAYER

Wherefore, premises considered, undersigned counsel prays for this Court to extend the time for filing Appellant's brief as sixty days from June 12, 2015, which would make the brief due on Tuesday August 11, 2015.

Respectfully submitted,

**CHARLES F. BAIRD**
SBN #00000065
**BAIRD FARRELLY, PLLC**
2312 Western Trails Blvd, Suite 102-A
Austin, Texas 78745
Tel: 512-804-5911
Fax: 512-804-5919
Email: jcfbaird@gmail.com
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion was provided to the Comal County District Attorney and the State Prosecuting Attorney on June 11, 2015, *via* fax at (830) 608-2008.

CHARLES F. BAIRD